JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLAN H. PALMER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WILL LIGHTBOURNE et al.,<br><br>　　　　Defendants. | Case No. CV 16-01311-JLS (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 21, 2016

_____
JOSEPHINE L. STATON
United States District Judge